## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:09CR385 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **FERNEY BOLIVAR-VARGAS,** | ) | |
| a/k/a Alejandro Huerta, | ) | |
| | ) | |
| **Defendant.** | | |

This matter is before the Court on the government's motion to dismiss (Filing No. 33). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment against the above-named Defendant.

IT IS ORDERED :

1. The government's motion to dismiss (Filing No. 33) is granted; and

2. The Indictment (Filing No. 1) is dismissed, without prejudice, due to lack of venue.

DATED this 15th day of March, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge